KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724

Attorneys for Plaintiff

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL ORJI and TROY URIE, <br><br> Defendants. | No. CR 06-00196 RMW/PVT <br><br> [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK <br><br> Date:      April 27, 2006 <br> Time:      9:30 a.m. <br> Courtroom: Hon. Patricia V. Trumbull |

**[PROPOSED] ORDER**

This matter came before the court on April 27, 2006 at 9:30 a.m. for an initial appearance. At the hearing, the Court remanded the defendant Gabriel Orji to the Marshal's custody and set the next status hearing before the Honorable Ronald M. Whyte on May 22, 2006 at 9:00 a.m. Because the parties indicated that counsel for the the United States was to provide discovery in the matter to defendant Orji's counsel, the parties requested that the time until May 22, 2006 be excluded to allow defendant Orji's counsel to review the discovery and effectively prepare.

**IT IS HEREBY ORDERED** that the period of time between April 27, 2006 and May 22, 2006 is excluded from the Speedy Trial Clock to allow defendant Orji's counsel to effectively

CR 06-00196 RMW
[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK

1  prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The
2  Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the
3  best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).
4  DATED: 5/3/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

Distribute to:

Matthew J. Jacobs
McDermott, Will & Emery
3150 Porter Dr.
Palo Alto, California 94304-1212
Counsel for Defendant Gabriel Orji

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Counsel for Plaintiff

CR 06-00196 RMW
[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK